# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., et al., | NO. CV-20-00168-PHX-DWL |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| Grand Caribbean Cruises Incorporated, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 20, 2021, judgment is hereby entered and this action is terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 20, 2021

By   s/ S. Strong
     Deputy Clerk